BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2791

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO CAZARES-OZUNA,<br>Defendant. | CASE NO. 2:12-CR-00085 LKK<br>**ORDER REDACTING DOCUMENT** |

The Court has reviewed the government's Request to Redact Filed Document dated July 18, 2012. For the reasons stated therein and good cause appearing Pursuant to Local Rule 140, it is hereby ordered that the judgment from United States v. Cazares-Ozuna, W.D. Tex. Case No. DR-95-CR-22(2), filed in this case as Exhibit 1 to the government's supplemental sentencing memorandum (Dkt. #20-1), be redacted in the public record of this case as follows:

1. At page 1, bottom, the first five digits of the defendant's Social Security number shall be redacted;

2. At page 1, bottom, the month and day of defendant’s birthday shall be redacted;

3. At page 1, bottom, the street number, street name, and apartment number of defendant’s former address shall be redacted.

IT IS SO ORDERED.

DATED: July 19, 2012

Lawrence K Karlton

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT